**Subject:** RE: Windsor Cafe - Two Things
**Date:** Friday, October 7, 2016 at 2:22:57 PM Eastern Daylight Time
**From:** Gerrald Ellis
**To:** Tram LoPresto

Hi Tram,

I found the hard copy thanks.

Best,
Gerrald

---

**From:** Tram LoPresto [mailto:Tram.LoPresto@hoffmannlegal.com]
**Sent:** Friday, October 07, 2016 1:10 PM
**To:** Gerrald Ellis <gerrald@faillacelaw.com>
**Subject:** Re: Windsor Cafe - Two Things

Hi Gerrald,

I had sent you the hard copy transcript in the mail several weeks back. If you didn't receive it, I can scan it and email to you later today. Sorry about yesterday – it was Clara Suh on the phone (she is not actually an admitted attorney yet). I am currently drafting a letter to the court now to explain...

Thanks,
Tram


**Tram D. LoPresto, Esq.**
Hoffmann & Associates
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 679-0400 (phone)
(212) 679-1080 (fax)
Tram.LoPresto@HoffmannLegal.com

---

**From:** Gerrald Ellis <gerrald@faillacelaw.com>
**Date:** Thursday, October 6, 2016 at 1:32 PM
**To:** Tram Dao <Tram.LoPresto@HoffmannLegal.com>
**Subject:** Windsor Cafe - Two Things

Hi Tram,

First, can you get me a copy of plaintiff's deposition? We still don't have a copy. Also, what was the name of the associate who appeared telephonically today? Poor girl got caught out in the open with no cover.

Regards,

Gerrald Ellis, Esq.
Michael Faillace & Associates, P.C.
One Grand Central Place
60 East 42nd Street, Suite 2540
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
gerrald@faillacelaw.com